UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTHA JOHNSTON,

    Plaintiff,

v.                                      Case No: 8:23-cv-38-CEH-AEP

MITCHELL & LYNN JUDGEMENT
RECOVERY SOLUTIONS LLC and
JUSTIN LAURER,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Amended Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on October 17, 2023 (Doc. 21), recommending that Plaintiff's Motion for Default Judgment (Doc. 18) be granted. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

    **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Default Judgment (Doc. 18) is GRANTED.

3. Plaintiff is awarded $2,000.00 in statutory damages; attorney's fees in the amount of $2,905.30; and costs in the amount of $843.55.

4. The Clerk is directed to enter a default judgment in favor of Plaintiff and against Defendants in the total amount of $5,748.85.

5. The Clerk is further directed to CLOSE this case.

**DONE AND ORDERED** at Tampa, Florida on November 17, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record